Certificate Number: 15111-ILN-DE-033233469

Bankruptcy Case Number: 19-81622



15111-ILN-DE-033233469

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>August 10, 2019</u>, at <u>3:43</u> o'clock <u>AM EDT</u>, <u>Engelbert Solis</u> completed a course on personal financial management given <u>by internet</u> by <u>BE Adviser, LLC</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Northern District of Illinois</u>.

Date: <u>August 10, 2019</u>  By: <u>/s/Ryan McDonough</u>

Name: <u>Ryan McDonough</u>

Title: <u>Executive Director of Education</u>